**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DAQUARIUS WRIGHT** **PLAINTIFF**

**V.** **NO. 4:23-CV-220-DMB-RP**

**JAMES HAYWOOD,**
**JOHN HENRY WHITE,**
**and MARVIN FLOWERS** **DEFENDANTS**

# FINAL JUDGMENT

In accordance with the order issued this date, summary judgment is granted in favor of the defendants and this case is dismissed with prejudice, counting as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED**, this 25th day of August, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**